UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL, | No. 2:19-cv-0280 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. The instant pleading was filed with the court on February 13, 2019. The court's own records reveal that on February 11, 2019, plaintiff filed an amended complaint that appears to be the original of the amended complaint filed in this action as the originating pleading. (2:19-cv-0184 TLN DB P).[1] Moreover, on March 7, 2019, plaintiff filed a request for filing information, claiming he did not file an action assigned the number 2:19-cv-0280 KJN, and had received no paperwork confirming same.[2] Due to the duplicative nature of the present action, as well as plaintiff's confirmation, the court dismisses

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] The docket reflects that plaintiff's new case documents were inexplicably returned by the postal service on February 26, 2019, but were re-served on plaintiff on March 4, 2019.

1

this action as improvidently opened.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 20, 2019 order is vacated; and

2. The Clerk of the Court is directed to dismiss this action without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

Dated: March 13, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hill0280.23